B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Simply Fashion Stores, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Fashion Trend; DBA Dots; DBA Simply Fashions** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**63-1056230** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2500 Crestwood Boulevard**<br>**Birmingham, AL**<br>ZIP Code **35210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s): **Simply Fashion Stores, Ltd.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Adinath Corp.** | Case Number: **Not Yet Assigned** | Date Filed: **4/16/15** |
| District: **Southern District of Florida** | Relationship: **Affiliate/General Partner** | Judge: **Not Yet Assigned** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Simply Fashion Stores, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Paul Singerman
Signature of Attorney for Debtor(s)

**Paul Steven Singerman 378860**
Printed Name of Attorney for Debtor(s)

**Berger Singerman LLP**
Firm Name

**1450 Brickell Avenue, Ste. 1900**
**Miami, FL 33131**

Address

Email: singerman@bergersingerman.com
305-755-9500   Fax: 305-714-4340
Telephone Number

APRIL 16, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Soneet Kapila
Signature of Authorized Individual

**Soneet R. Kapila**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

4/15/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## SECRETARY'S CERTIFICATE

I, Shail Shah, hereby certify that I am the duly appointed, qualified and acting Secretary and Treasurer of Adinath Corp., a Florida corporation (the "Corporation"), and, as such, I am authorized to execute and deliver this Secretary's Certificate on behalf of the Corporation, for itself and in its capacity as general partner of Simply Fashion Stores, Ltd., an Alabama limited partnership (the "Partnership", and together with the Corporation, collectively, the "Companies") and do hereby certify that the attached hereto as **Exhibit A** is a true, correct and complete copy of the unanimous written resolutions adopted by the board of directors of the Corporation. Such resolutions have not been revoked, modified, amended, or rescinded since their adoption, are in full force and effect as of the date hereof, and are the only resolutions adopted by the board of directors of the Corporation with respect to the subject matter thereof.

**IN WITNESS WHEREOF**, I have executed this Secretary's Certificate on this 15th day of April, 2015.

By: _____
Shail Shah
Treasurer and Secretary

6335226-6

## EXHIBIT A

## RESOLUTIONS

### UNANIMOUS JOINT WRITTEN CONSENT
### OF THE DIRECTORS
### OF ADINATH CORP. IN LIEU OF A MEETING

The undersigned being the directors of the board (the "Board of Directors") of Adinath Corp, a Florida corporation (the "Corporation"), for itself and in its capacity as the sole general partner of Simply Fashion Stores, Ltd., an Alabama limited partnership (the "Partnership", and together with the Corporation, collectively, the "Companies") do hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice; and do hereby consent in writing to the adoption of the following unanimous resolutions, taking said actions in lieu of a meeting of the directors of the Corporation pursuant to Section 607.0821 of the Florida Business Corporations Act and the Alabama Uniform Limited Partnership Law of 2010, as amended. These resolutions may be executed in more than one counterpart, by pdf or facsimile, each of which shall be an original and all of which together shall be one and the same instrument.

**WHEREAS**, each member of the Board of Directors has waived any and all notice requirements in connection with the resolutions unanimously adopted herein;

**WHEREAS**, the Board of Directors has reviewed and considered the operational condition of the Corporation and the Partnership and the business of the Corporation and the Partnership on the date hereof, including the historical performance of the Corporation and the Partnership, the assets of the Corporation and the Partnership, the current and long-term liabilities of the Corporation and the Partnership, the market for the products and services of the Corporation and the Partnership, the liquidity situation of the Corporation and the Partnership, the strategic alternatives available to the Corporation and the Partnership, and the impact of the foregoing on the business, creditors and other parties in interest of the Corporation and the Partnership;

**WHEREAS**, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Corporation and the Partnership and the legal, financial and other advisors of the Corporation and the Partnership as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), and the Board of Directors has had an opportunity to consult with the management team of the Corporation and the Partnership and the legal, financial and other advisors of the Corporation and the Partnership and has fully considered each of the strategic alternatives available to the Corporation and the Partnership;

**WHEREAS**, in the business judgment of the Board of Directors, it is in the best interests of the Corporation and the Partnership and their respective equity owners, creditors, employees and other parties in interest that petitions be filed by the Corporation and the Partnership seeking relief under the provisions of the Bankruptcy Code, in which the authority to operate as debtors-in-possession will be sought;

6335226-6

WHEREAS, the Companies propose to enter into a debtor-in-possession financing agreement and related documents (as amended, supplemented, restated, or otherwise modified from time to time, collectively, the "DIP Loan Agreement") with the lender set forth therein (the "Lender");

WHEREAS, the Companies will obtain benefits of the obligations under the DIP Loan Agreement; and

WHEREAS, management of the Corporation and the Partnership have recommended to the Board of Directors that each of the Corporation and the Partnership files or causes to be filed a voluntary petition (collectively, the "Petition") for relief under chapter 11 of the Bankruptcy Code and the following resolutions were adopted by the unanimous written of the Directors of the Board of Directors:

## I. Chapter 11 Case.

IT IS THEREFORE RESOLVED, that in the business judgment of the Board of Directors, it is desirable and in the best interests of the Corporation and the Partnership and their respective equity owners, creditors, employees, and other interested parties that Petitions be filed by the Corporation and the Partnership under the provisions of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the Board of Directors shall and does hereby approve and ratify the recommendation of the management of the Corporation and the Partnership to file Petitions on behalf of the Corporation and the Partnership in the United States Bankruptcy Court for the Southern District of Florida (collectively, the "Chapter 11 Case") on or after April 15, 2015; and it is further

RESOLVED, that the Corporation (acting through its Chief Restructuring Officer (either existing now or later appointed) shall be, and it hereby is, authorized, directed and empowered (i) to file the Petitions for the Corporation and the Partnership, (ii) to commence the Chapter 11 Case, and (iii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing, including but not limited to entering into the DIP Loan Agreement; and it is further

RESOLVED, that the Board of Directors hereby authorizes, directs and empowers the President, Chief Executive Officer, Vice President, Chief Restructuring Officer (either existing now or later appointed), General Counsel, Chief Financial Officer, Treasurer and/or Secretary of the Corporation (collectively, the "Authorized Officers"), and each of them, acting alone or in any combination, on behalf of the Companies to prepare, execute and/or verify and to cause to be filed, and the Secretary, any Assistant Secretary or other applicable officer, be and each hereby is authorized to attest to, any and all documents required by, necessary or appropriate to, the filing and administration of the Chapter 11 Case, including but not limited to the Petitions, as well as all other ancillary documents (including, but not limited to, petitions, schedules, statements, lists, motions, applications, DIP Loan Agreement, objections, responses, affidavits, declarations, complaints,

pleadings, disclosure statements, plans of reorganization or liquidation and other papers or documents) necessary or desirable in connection with the foregoing, including but not limited to, any amendments, modifications or supplements thereto (collectively, the "Chapter 11 Documents"); and it is further

**RESOLVED**, that any of the Authorized Officers, who may act without the joinder of any of the other officer of the Corporation or the Partnership, is hereby authorized to execute and deliver the Chapter 11 Documents in the name and on behalf of the Corporation and the Partnership and otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any retainer or consideration for any professional retained by the Corporation and/or the Partnership in the Chapter 11 Case, and (iii) the payment of expenses and taxes as any such Authorized Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Authorized Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of the Authorized Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

## II.     Retention of Professionals.

**RESOLVED**, that the Board of Directors hereby approves and ratifies the employment by the Companies of the law firm of Berger Singerman LLP ("Berger Singerman"), to represent the Companies as their general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and all related matters, and to take any and all actions to advance the Companies' rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Officers (defined herein) be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Berger Singerman; and it is further

**RESOLVED**, that the Board of Directors hereby approves and ratifies the employment by the Companies of KapilaMukamal ("KM") to provide the services of a Chief Restructuring Officer to the Companies in conjunction with the Chapter 11 Case and all related matters and the appointment of Soneet R. Kapila as Chief Restructuring Officer; and in connection therewith, the Authorized Officers be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements (and any and all rights, powers and authority granted by either or both of the Companies to KM and/or to the Chief Restructuring Officer to take action and/or to make and implement decisions, on behalf of, and in the name of, the Companies in such retention agreements are hereby approved, ratified and confirmed for all purposes), to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of KM; and it is further

RESOLVED, that the Board of Directors hereby approves and ratifies the employment by the Companies of Prime Clerk LLC ("Prime Clerk"), as claims, noticing and balloting agent to the Companies in connection with the preparation for and administration of the Chapter 11 Case and all related matters; and in connection therewith, the Authorized Officers be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and it is further

RESOLVED, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to employ any other individual and/or firm as professionals or consultants or financial advisors to the Companies as are deemed necessary to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and in connection therewith, the Authorized Officers acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies to the extent authorized by the Board of Directors, (A) to obtain post-petition financing according to terms negotiated in the DIP Loan Agreement, or to be negotiated, by the management of the Companies, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and (B) to secure the payment and performance of any post-petition financing by (i) pledging or granting liens and mortgages on, or security interest in, all or any portion of the Companies' assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Companies, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination.

## III.  General Authorizations and Ratifications.

RESOLVED, that the Authorized Officers be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Corporation and/or the Partnership, to (a) take such further actions and execute and deliver or cause to be executed and delivered, where necessary or appropriate, file (or cause to be filed) with the appropriate governmental authorities all such other certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the

execution and delivery of any security agreements, pledges, financing statements and the like, (b) perform the obligations of the Corporation and/or the Partnership under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Corporation and/or the Partnership, and (c) incur and pay such fees, expenses and other amounts as in his, her or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Corporation and/or Partnership, to adopt resolutions and otherwise exercise the rights and powers of the Corporation and/or Partnership as such Authorized Officer may deem necessary, appropriate or desirable; and that thereupon such resolutions shall be deemed adopted as and for the resolutions of the Corporation and/or Partnership; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects, confirmed, ratified and approved; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any director, officer or equity holder of the Corporation and/or Partnership or any of the Professionals in connection with the reorganization or liquidation of the of the Corporation and/or Partnership or any matter related thereto, or by virtue of these resolutions be, and they hereby are, in all respects, ratified, confirmed and approved; and it is further

**RESOLVED**, that these resolutions and actions shall be the actions of the Board of Directors, and the Secretary or any Assistant Secretary of the Corporation is hereby directed to place the Minutes of the Board of Directors with the records of the proceedings of the Board of Directors, and it is further

*[Remainder of page intentionally left blank]*

**RESOLVED,** that the Secretary, any Assistant Secretary or the Treasurer of the Corporation is hereby authorized to join the execution of, or attest and/or affix the corporate seal of the Corporation, for itself, and in its capacity as general partner of the Partnership, to any documents, agreement or instrument executed by the President or Chief Executive Officer or other authorized officers of the Corporation and/or Partnership on behalf of the Corporation and/or Partnership in furtherance of the foregoing resolutions.

**DIRECTORS**

By: _____
    Swapnil Shah
    Dated: April 15, 2015

By: _____
    Shail Shah
    Dated: April 15, 2015

By: _____
    Bhavana Shah
    Dated: April 15, 2015