B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Simply Fashion Stores, Ltd.**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Louise Paris, Ltd.<br>1407 Broadway, Suite 1405<br>New York, NY 10018 | Louise Paris, Ltd.<br>1407 Broadway, Suite 1405<br>New York, NY 10018<br>212 354-5411 | Vendor | | 418,838.76 |
| Olem Shoe Corp.<br>P.O. Box 013168<br>Miami, FL 33101 | Olem Shoe Corp.<br>P.O. Box 013168<br>Miami, FL 33101<br>305 325-9000 | Vendor | | 318,961.68 |
| Panties Plus, Inc.<br>320 5th Avenue, 2nd Floor<br>New York, NY 10001 | Panties Plus, Inc.<br>320 5th Avenue, 2nd Floor<br>New York, NY 10001<br>212 779-1999 | Vendor | | 262,005.93 |
| Vibes Sportswear/Tee Dees, Inc.<br>1407 Broadway, Suite 1419<br>New York, NY 10018 | Vibes Sportswear/Tee Dees, Inc.<br>1407 Broadway, Suite 1419<br>New York, NY 10018<br>212 354-8817 | Vendor | | 211,041.84 |
| Tess Sportswear, Ltd.<br>9500 Rue Meilleur, Suite 400<br>Montreal, Quebec H2N 2B7<br>CA<br>Canada | Tess Sportswear, Ltd.<br>9500 Rue Meilleur, Suite 400<br>Canada<br>514 381-4700 | Vendor | | 191,321.15 |
| U.S. Bank Equipment Finance Corp.<br>1310 Madrid Street<br>Marshall, MN 56253 | Sue Furan<br>U.S. Bank Equipment Finance Corp.<br>1310 Madrid Street<br>Marshall, MN 56253<br>866 834-9828 | Vendor | Contingent<br>Disputed | 168,733.15 |
| Amiee Lynn, Inc.<br>P.O. Box 75359<br>Chicago, IL 60675-5359 | Amiee Lynn, Inc.<br>P.O. Box 75359<br>Chicago, IL 60675-5359<br>212 268-4747 | Vendor | | 107,869.92 |
| BMGM Co./Honeycomb Kidz<br>1385 Broadway<br>New York, NY 10018 | BMGM Co./Honeycomb Kidz<br>1385 Broadway<br>New York, NY 10018<br>212 268-9131 | Vendor | | 105,172.45 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Simply Fashion Stores, Ltd.**                                    Case No.  _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J & L Footwear, Inc.<br>1285 Bixby Drive<br>City of Industry, CA 91745 | J & L Footwear, Inc.<br>1285 Bixby Drive<br>City of Industry, CA 91745<br>626 330-7888 | Vendor | | 94,800.24 |
| Edisto Village-Orangeburg, LLC<br>P.O. Box 11390<br>Columbia, SC 29211 | Paul D. Harrill<br>Edisto Village - Orangeburg, LLC<br>P.O. Box 11390<br>Columbia, SC 29211<br>803 799-9800 | Vendor | Contingent<br>Disputed | 91,533.00 |
| VIP's Jeans<br>1407 Broadway, Suite 2801<br>New York, NY 10018 | VIP's Jeans<br>1407 Broadway, Suite 2801<br>New York, NY 10018<br>212 764-5510 | Vendor | | 87,527.76 |
| Econoco Corporation (Sellutions)<br>P.O. Box 29<br>Hicksville, NY 11802 | Econoco Corporation (Sellutions)<br>P.O. Box 29<br>Hicksville, NY 11802<br>800 645-7032 | Vendor | | 82,365.27 |
| Bena J, Inc.<br>1458 San Pedro Street<br>Los Angeles, CA 90074 | Bena J, Inc.<br>1458 San Pedro Street<br>Los Angeles, CA 90074<br>213 747-9999 | Vendor | | 78,938.99 |
| Nana/Mango USA<br>5620 1st Avenue, 1st Floor<br>Brooklyn, NY 11220 | Nana/Mango USA<br>5620 1st Avenue, 1st Floor<br>Brooklyn, NY 11220<br>718 998-0650 | Vendor | | 78,012.23 |
| Dreamwear, Inc.<br>183 Madison Avenue, Suite 1001<br>New York, NY 10016 | Dreamwear, Inc.<br>183 Madison Avenue, Suite 1001<br>New York, NY 10016<br>212 684-7799 | Vendor | | 77,662.44 |
| Motivic, Inc.<br>236 5th Avenue, 6th Floor<br>New York, NY 10001 | Motivic, Inc.<br>236 5th Avenue, 6th Floor<br>New York, NY 10001<br>212 213-8130 | Vendor | | 73,182.69 |
| Carol For Eva Graham, Inc.<br>366 Fifth Avenue<br>New York, NY 10001 | Carol For Eva Graham, Inc.<br>366 Fifth Avenue<br>New York, NY 10001<br>212 889-8686 | Vendor | | 72,556.69 |
| Lux Accessories<br>362 Fifth Avenue, Suite 601<br>New York, NY 10001 | Lux Accessories<br>362 Fifth Avenue, Suite 601<br>New York, NY 10001<br>212 465-8500 | Vendor | | 70,781.05 |
| Active Footwear, Inc.<br>10 W. 33rd Street, Suite 1111<br>New York, NY 10001 | Active Footwear, Inc.<br>10 W. 33rd Street, Suite 1111<br>New York, NY 10001<br>212 290-1700 | Vendor | | 69,728.97 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Simply Fashion Stores, Ltd.**                                           Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chateau International, Inc.<br>188 Whitman Avenue<br>Edison, NJ 08817 | Chateau International, Inc.<br>188 Whitman Avenue<br>Edison, NJ 08817<br>732 650-1087 | Vendor | | 60,085.61 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __4/15/15__         Signature   _____
                                        **Soneet R. Kapila**
                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.